Harold E. GREEN, Respondent,

v.

Phyllis M. GREEN, Appellant.

WD 77279

Missouri Court of Appeals, Western District.

Filed: December 16, 2014

Kimberly S. Humphrey, Gladstone, MO for respondent.

John R. Shank, Kansas City, MO for appellant.

Before Division One: Thomas H. Newton, Presiding Judge, Lisa White Hardwick and Anthony R. Gabbert, Judges

## ORDER

Per Curiam

Phyllis Green ("Wife") appeals from the circuit court's judgment dissolving her marriage to Harold Green ("Husband"). In her eight points on appeal, Wife challenges the denial of her request for main-

tenance; the order requiring her to reimburse her son's special needs trust for funds she withdrew to pay credit card bills and attorney's fees; and provisions in the court's parenting plan concerning visitation exchanges and her residency. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).